# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELVIN BONNER, | ) Case No.: 1:19-cv-00102-SAB (PC) |
| Plaintiff, | ) |
| v. | ) ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO PAY THE FILING FEE OR SUBMIT AN APPLICATION TO PROCEED IN FORMA PAUPERIS |
| A. DELA CRUZ, | ) |
| Defendant. | ) [ECF No. 4] |
| | ) |

Plaintiff Kelvin Bonner is appearing pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff filed the instant action on January 24, 2019.

On January 25, 2019, the Court issued an order directing Plaintiff to either pay the $400.00 filing fee or submit an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, within forty-five days.  (ECF No. 4.)  Plaintiff has failed to comply with the Court's order and the time to do so has passed.

Accordingly, IT IS HEREBY ORDERED that within fourteen (14) days from the date of service of this order, Plaintiff shall show cause why the action should not be dismissed.  Failure to comply with this order will result in a recommendation that the action be dismissed.  Local Rule 110.

IT IS SO ORDERED.

Dated: __**March 22, 2019**__

_____
UNITED STATES MAGISTRATE JUDGE

1